**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROEL GARCIA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **3:06-CV-0599-R** |
| | ) | **ECF** |
| **TDCJ, et al.,** | ) | |
| **Defendants.** | ) | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. § 636(b), and an order of the District Court in implementation thereof, this cause has been referred to the United States Magistrate Judge.  The findings, conclusions and recommendation of the Magistrate Judge are as follows:

FINDINGS AND CONCLUSIONS:

Type of Case:   This is a civil rights action brought by a county inmate pursuant to 42 U.S.C. § 1983.

Parties:  At the time of filing this action, Plaintiff stated that he was confined within the Texas Department of Criminal Justice -- Correctional Institutions Division at the Sanders Estes Unit in Venus, Texas.  (Complaint at 2).  Plaintiff, however, failed to provide his current TDCJ number and his mailing address at the Venus Unit.  The only address provided in the complaint is in Roma, Texas.  Defendants are TDCJ, UTMB, Joseph Curry, Dao Hung, Debbie Robinson, and Dr. Ananda Babbili.  The Court did not issue process in this case, pending preliminary screening.

Findings and Conclusions:  On April 10, 2006, the Court issued a notice of deficiency

and order to Plaintiff.  The order notified Plaintiff that he had neither paid the filing fee nor

submitted a proper request to proceed *in forma pauperis*.  The order directed Plaintiff to cure the

deficiency within thirty days and cautioned him that failure to comply with the order would

result in a recommendation that the complaint be dismissed for failure to prosecute.  As of the

date of this recommendation, Plaintiff has failed to comply with the deficiency order.

Rule 41(b), of the Federal Rules of Civil Procedure, allows a court to dismiss an action

*sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court

order.  Larson v. Scott, 157 F.3d 1030, 1031 (5th Cir. 1998).  "This authority [under Rule 41(b)]

flows from the court's inherent power to control its docket and prevent undue delays in the

disposition of pending cases."  Boudwin v. Graystone Ins. Co., Ltd., 756 F.2d 399, 401 (5th Cir.

1985) (citing Link v. Wabash R.R. Co., 370 U.S. 626, 82 S.Ct. 1386 (1962)).

Plaintiff has been given ample opportunity to comply with the deficiency order.  He has

refused or declined to do so.  Therefore, this action should be dismissed for lack of prosecution.

RECOMMENDATION:

For the foregoing reasons, it is recommended that this action be dismissed without

prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

A copy of this recommendation will be mailed to Plaintiff.

Signed this 25th day of May, 2006.


_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE


NOTICE

In the event that you wish to object to this recommendation, you are hereby notified that you must file your written objections within ten days after being served with a copy of this recommendation.  Pursuant to Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc), a party's failure to file written objections to these proposed findings of fact and conclusions of law within such ten-day period may bar a *de novo* determination by the district judge of any finding of fact or conclusion of law and shall bar such party, except upon grounds of plain error, from attacking on appeal the unobjected to proposed findings of fact and conclusions of law accepted by the district court.