IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
August 14, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ROEL GARCIA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-0599-R |
| ) | ECF |
| TDCJ, et al., ) | |
|     Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 14 day of August, 2006.

*Jerry Buchmeyer*

_____
UNITED STATES DISTRICT JUDGE